Letawnya Filiatrault
Plaintiff, Pro Se
420 E. 1st St.
Grace, Idaho 83241
Telephone: (208) 540-9960
Email: bnanrs@hotmail.com

U.S. COURTS

AUG - 2 2019

Rcvd_____ Filed_____ Time 1:28 pm
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO, POCATELLO DIVISION

| | |
|---|---|
| Letawnya Filiatrault, <br><br> Plaintiff, <br><br> vs. <br><br> MONSANTO COMPANY, <br> A Delaware Corporation, registered to <br> do business in Idaho, BAYER <br> CROPSCIENCE LP, A Delaware <br> Corporation, registered to do business in <br> Idaho, and JOHN DOES 1-100, <br><br> Defendant. | CIVIL COMPLAINT & <br> DEMAND FOR JURY TRIAL <br><br> Case No. 4:19-cv-302-DCN |

## COMPLAINT

( Gender and Disability Discrimination, Retaliation, Wrongful Discharge, Unsafe Working Conditions, Sexual Harassment)

### Introduction

1.  Plaintiff, Letawnya Filiatrault, proceeding Pro Se, brings this action pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000e et seq., and and 42 U.S.C. § 1981a, and the Rehabilitation Act, 29 USC§ 701 to remedy acts of employment discrimination and retaliation perpetrated against her by the Monsanto Company and Bayer Cropscience LP. Plaintiff also alleges her rights were violated under Section 503 of the Rehabilitation Act of 1973 and Title 1 of the Americans with Disabilities Act of 1990, as amended, when Plaintiff was forced to take a fit for duty test that was

not job related. Plaintiff alleges that Monsanto/Bayer officials discriminated against her by passing her over for a promotion because of her gender; and Plaintiff was personally injured with PTSD due to unsafe working conditions, witnessing serious accidents happening to co-workers; together with sexual harassment to Plaintiff by her Monsanto/Bayer boss, Vance Smith.

2. Plaintiff further asserts that management retaliated against her for having complained about such discrimination, created a hostile working environment for her, caused her to suffer major depression, failed to provide reasonable accommodation, punished her for using medical leave to obtain treatment for eye cancer, for work induced maladies, and finally, terminated her employment when the discrimination/retaliation caused her incapacity.

## Jurisdiction

3. This Court has jurisdiction over the subject matter of this civil action pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-16, The Rehabilitation Act, 29 U.S.C. § 701 et seq. and Gender Discrimination in Employment Act, 42 U.S.C. § 1891;

## Venue

4. Venue is proper in this Court pursuant to 28 U.S.C. §1391., and decisions adverse to Plaintiff's employment that are the subject of this civil action were made in this judicial district.

## Parties

5. Plaintiff, Letawnya Filiatrault, is a resident of Caribou County, in the State of Idaho. At all times relevant to this suit, until her termination in May 2019, she was employed with The Monsanto Company.

6. Defendants, Monsanto Company and Bayer Cropscience, is a Delaware Corporation in good standing, doing business in the State of Idaho.

7. Plaintiff is without sufficient information to specifically identify those persons fictitiously named herein as John Does 1-100. Plaintiff reserves the right to amend this Complaint to specifically identify those defendants, once their identities become known.

**Statement of Facts**

8. Plaintiff reaffirms and realleges all preceding paragraphs as if more fully set forth herein.

9. Plaintiff was hired and started working for Monsanto on September 7, 2010 as an Operator Mechanic Electrician (OME).

10. In March 2016 Plaintiff bid into the Heavy Equipment Group. HEG is the most senior department.

11. In April 2018, Plaintiff was appointed to be a part of the Lean Management implementation task force and was in charge of the visual management piece of the presentation. Monsanto/Bayer then gave Plaintiff's position away to another committee member without her knowledge.

12. Plaintiff complained to H.R. on April 12, 2018 regarding this issue.

13. On May 11, 2018, Plaintiff was diagnosed with cancer on the eye.

14. Plaintiff took a medical leave beginning with June 1, 2018.

15. Plaintiff alleges that Monsanto/Bayer retaliated against her for speaking up for herself and other women in her department that were being pushed around while the men (only the men) were being promoted.

16. After the meeting with H.R. on April 12, 2018, my work environment became very hostile against me.

17. On August 15, 2018 I was issued a final warning discipline letter, which required me to take a fit for duty test. Plaintiff alleges that this was required based upon false information.

18. Monsanto/Bayer prepared the men to take higher level jobs whereas, females didn't get the same opportunities in Plaintiff's department (Heavy Equipment Group).

19. Plaintiff alleges that the Level 2 Operator job was already predetermined by the

supervisor before interviews even took place. Their were other qualified women who applied for the Level 2 Operator job opening, but were not even selected for an interview.

20. Plaintiff alleges that the test was in retaliation for bringing up unfair issues that were happening to her and the other women of the department, and Plaintiff had no warning prior to this letter.

21. On or about August 2, 2018, my supervisor, Mr. Vance Smith, called me over the phone questioning my love life and called Plaintiff sweet names, as well as talked dirty and inappropriately. Again on August 4, 2018, Vance Smith called and stated Plaintiff and him should be together and that they have so much in common.

22. During the course of my employment, I have personally witnessed the men in my department being inappropriately touchy/feely with the other women, making working conditions very uncomfortable.

23. On November 16, 2018, Monsanto/Bayer threatened Plaintiff in a letter, which stated that Plaintiff would be moved to unpaid leave, if Plaintiff didn't get her fit for duty test results.

24. On January 11, 2019, Plaintiff filed a Complaint against Monsanto Company with the EEOC/IHRC.

25. In May 2019, Monsanto/Bayer required Plaintiff to come into the H.R. To be interviewed to go back to work. At this time, none of Plaintiff's issues have been addressed and nothing had changed. Due to the EEOC/IHRC Complaint still outstanding, Plaintiff came to the meeting with a recorder. Monsanto/Bayer told Plaintiff she was not allowed to record the meeting and called off the meeting.

26. Shortly thereafter, Bayer sent Plaintiff an email that she was terminated. Plaintiff was hired by Monsanto and was paid by Monsanto – never Bayer.

27. On or about May 6, 2019, Plaintiff received a Notice of Administrative Dismissal and Right to Sue from the Idaho Human Rights Commission.

## Count One

(Gender Discrimination)

28. The foregoing paragraphs are realleged and incorporated by reference herein.

29. The Defendants conduct as alleged at length herein constitutes discrimination based on gender bias. The stated reasons for the Defendants conduct were not the true reasons, but instead were pretext to hide the Defendants discriminatory animus.

## Count Two

(Retaliation)

30. The foregoing paragraphs are realleged and incorporated by reference herein.

31. The Defendants conduct as alleged above constitutes retaliation. The stated reasons for the Defendants conduct were not the true reasons, but instead were pretext to hide the Defendants retaliatory animus.

## Count Three

(Violation of the Rehabilitation Act of 1973, 29 U.S.C. § 710 et seq.)

32. Plaintiff realleges and incorporates by reference each allegation contained in each aforementioned paragraph as thoughtfully set forth herein.

33. Monsanto/Bayer has discriminated against Plaintiff by denying her reasonable accommodation for her disabilities, including occupational stress, in violation of the Rehabilitation Act of 1973, 29 U.S.C. § 701 et seq., as amended.

34. Monsanto/Bayer has conducted itself intentionally, deliberately, willfully, and in callous disregard of the rights of Plaintiff.

35. By reason of Monsanto/Bayer's discrimination, Plaintiff is entitled to all legal and equitable remedies available under the Rehabilitation Act.

### Count Four

(Wrongful Discharge)

36. Plaintiff realleges and incorporates by reference each allegation contained in each aforementioned paragraph as thoughtfully set forth herein.

37. The Defendants conduct as alleged above constitutes wrongful discharge. The stated reasons for the Defendants conduct is that Monsanto/Bayer conducted itself intentionally, deliberately, willfully, and in callous disregard of the rights of Plaintiff.

### Count Five

(Hostile and Abusive Working Environment)

38. Plaintiff realleges and incorporates by reference each allegation contained in each aforementioned paragraph as thoughtfully set forth herein.

39. The Defendants conduct as alleged above constitutes hostile and abusive working environment in violation of Title VII, Rehab Act. The stated reasons for the Defendants conduct Monsanto/Bayer has conducted itself intentionally, deliberately, willfully, and in callous disregard of the rights of Plaintiff.

### Prayer for Relief

WHEREFORE, the Plaintiff requests that the court award her:

(a) the sum of $300,000.00 in compensatory damages suffered because of the discrimination and retaliation.

(b) compensation of legal and equitable remedies available under the Rehabilitation Act to be determined at trial;

(c) compensation for the wrongful discharge in lieu of reinstatement, an amount to be determined at trial.

(d) compensatory damages suffered because of the sexual harassment, an amount to be

determined at trial.

    (e) compensatory damages suffered because of the hostile and abusive working environment.

    (f) costs and reasonable attorneys' fees incurred with this lawsuit with interest thereon should be awarded under 29 U.S.C. § 794(a) (1). ; and

    (g) other damages and further relief as deemed just.

JURY DEMAND

The Plaintiff requests trial by jury.

Respectfully Submitted, this 1st day of August 2019.



Plaintiff's Address:
420 E. 1st St.
Grace, Idaho 83241
Telephone: (208) 540-9960
Email: bnanrs@hotmail.com

Defendants Address:
Monsanto Company
800 N. Lindberg Blvd.
St. Louis, MO 63141-7843

Bayer Cropscience, LP
800 N. Lindbergh Blvd
St. Louis, MO 63141-7843

Registered Agent:
Corporation Service Company
12550 W Explorer Dr. Suite 100
Boise, Idaho 83713